460 A.2d 844

Commonwealth v. Stubbs, Appellant.

Petition for Allowance of Appeal
Denied Sept. 26, 1983.

Before WIEAND, BECK and MONTEMURO, JJ.

WIEAND, J., dissented.